## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gretchen M. Tillitt                         CHAPTER 13

               Debtor(s)                         BKY. NO. 17-12903 AMC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

                                 Respectfully submitted,
                               **/s/ Rebecca A. Solarz Esquire**
                               Rebecca A Solarz, Esquire
                               Kevin G. McDonald, Esquire
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322