Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-12903-PMM**

GRETCHEN M. TILLITT
1844 W. NORTH ST.
BETHLEHEM  PA    18018-3311

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 10/19/2017

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 02/05/2019 | $200.00 | | 03/04/2019 | $200.00 | | 04/01/2019 | $200.00 | |
| 05/06/2019 | $200.00 | | 05/28/2019 | $200.00 | | 07/08/2019 | $200.00 | |
| 08/05/2019 | $200.00 | | 09/10/2019 | $200.00 | Monthly Plan P | 10/08/2019 | $200.00 | |
| 11/12/2019 | $200.00 | | 12/09/2019 | $200.00 | | 01/09/2020 | $200.00 | |
| 02/14/2020 | $200.00 | | 03/10/2020 | $200.00 | | 04/06/2020 | $200.00 | |
| 05/13/2020 | $200.00 | | 06/15/2020 | $200.00 | | 07/13/2020 | $200.00 | |
| 08/12/2020 | $200.00 | | | | | | | |

**Total Receipts for the Period: $3,800.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $8,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $3,589.31 | $0.00 | $3,589.31 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $2,205.44 | $2,205.44 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $4,037.62 | $0.00 | $4,037.62 |
| 8 | KEYBANK<br>»» 008 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $348.53 | $0.00 | $348.53 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $3,984.81 | $0.00 | $3,984.81 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»» 002 | Mortgage Arrears | $1,898.93 | $270.72 | $1,628.21 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $2,831.61 | $0.00 | $2,831.61 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Unsecured Creditors | $4,749.30 | $0.00 | $4,749.30 |
| 9 | KEVIN K KERCHER ESQ<br>»» 009 | Attorney Fees | $4,637.64 | $4,637.64 | $0.00 |

**Chapter 13 Case No. 17-12903-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,000.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $7,113.80 | Arrearages: | ($200.00) |
| Paid to Trustee: | $706.20 | Total Plan Base: | $9,600.00 |
| Funds on Hand: | $180.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.