United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gretchen M. Tillitt  
    Debtor

Case No. 17-12903-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 11, 2021      Form ID: 138NEW      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gretchen M. Tillitt, 1844 W. North St., Bethlehem, PA 18018-3311 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13907197 | | Chase Bank USA, N.A., c/o Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 13907198 | | City of Bethlehem, Housing Dept., 10 E Church St, Bethlehem, PA 18018-6005 |
| 13907199 | | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 13907200 | | District Justice Wayne Maura, 565 W Lehigh St, Bethlehem, PA 18018-5150 |
| 14452364 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14476754 | + | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13907205 | + | KML Law Group, P.C., 701 Market St., Suite #5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14202307 | + | Kevin K. Kercher, Esq., 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 13907204 | | Key Bank, NA, 4224 Ridge Lea Rd, Amherst, NY 14226-1016 |
| 13907209 | | Michael F. Ratchford, Esquire, 409 Lackawanna Ave Ste 3C, Scranton, PA 18503-2059 |
| 13907211 | + | Powers Kirn & Associates LLC, 8 Neshaminy Interplex Ste 215, Trevose, PA 19053-6980 |
| 14273766 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13940493 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13919322 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13929901 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 13940938 | | Wells Fargo Bank, NA, c/o Joseph A. Dessoye, Esq., 1617 JFK Boulevard, Suite 1400, 1 Penn Center Plaza, Philadelphia, PA 19103 |
| 13907212 | | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |
| 13907213 | | Wells Fargo Home Mortgage, 1000 Blue Gentian Rd Ste 300, Eagan, MN 55121-1786 |
| 13907214 | | Wells Fargo Home Mortgage, Inc., 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2021 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2021 01:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2021 01:41:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13907194 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2021 01:25:00 | Avenue Yourself, PO Box 659584, San Antonio, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| 13907195 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | TX 78265-9584 |
| | | Jun 12 2021 01:25:00 | BonTon, PO Box 182273, Columbus, OH 43218-2273 |
| 13907196 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Jun 12 2021 01:41:06 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13907208 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 12 2021 01:38:34 | Macy's, P.O. Box 183083, Columbus, OH 43218-3083 |
| 13907202 | Email/Text: fnb.bk@fnfg.com | | |
| | | Jun 12 2021 01:26:00 | First Niagara Bank, N.A., 6950 S Transit Rd, Lockport, NY 14094-6333 |
| 13907203 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jun 12 2021 01:25:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0000 |
| 14022154 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Jun 12 2021 01:26:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 13907206 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 12 2021 01:26:00 | Lane Bryant/Comenity Bank, c/o Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 13907207 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 12 2021 01:41:04 | Lowes, P.O. Box 530970, Atlanta, GA 30353-0970 |
| 13979485 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 12 2021 01:26:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13907210 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 12 2021 01:38:31 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541-0000 |
| 13988890 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 12 2021 01:41:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13907584 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jun 12 2021 01:38:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13907201 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Jun 12 2021 01:26:00 | Elan Financial, PO Box 790084, Saint Louis, MO 63179-0084 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 13, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 46 |

| Name | Email Address |
|---|---|
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| KEVIN K. KERCHER | on behalf of Debtor Gretchen M. Tillitt kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| NATHALIE PAUL | on behalf of Creditor KeyBank  N.A. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Gretchen M. Tillitt
      Debtor(s)

Bankruptcy No: 17−12903−pmm
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                         For The Court
                         Timothy B. McGrath
                         Clerk of Court

Dated: 6/11/21

                         63 − 62
                       Form 138_new