| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12903-PMM**

GRETCHEN M. TILLITT
1844 W. NORTH ST.
BETHLEHEM  PA    18018-3311

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 10/19/2017

Case Status: Completed on 3/23/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $200.00 | | 02/14/2020 | $200.00 | | 03/10/2020 | $200.00 | |
| 04/06/2020 | $200.00 | | 05/13/2020 | $200.00 | | 06/15/2020 | $200.00 | |
| 07/13/2020 | $200.00 | | 08/12/2020 | $200.00 | | 09/15/2020 | $200.00 | |
| 10/05/2020 | $200.00 | | 11/17/2020 | $200.00 | | 12/08/2020 | $200.00 | |
| 01/05/2021 | $200.00 | | 02/09/2021 | $200.00 | | 03/09/2021 | $200.00 | |
| 03/23/2021 | $200.00 | | | | | | | |

**Total Receipts for the Period: $3,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $3,589.31 | $6.21 | $3,583.10 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $2,205.44 | $2,205.44 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $4,037.62 | $6.98 | $4,030.64 |
| 8 | KEYBANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $348.53 | $0.60 | $347.93 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $3,984.81 | $6.89 | $3,977.92 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»» 002 | Mortgage Arrears | $1,898.93 | $1,898.93 | $0.00 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $2,831.61 | $4.90 | $2,826.71 |
| 1 | WELLS FARGO BANK NEVADA NA<br>»» 001 | Unsecured Creditors | $4,749.30 | $8.21 | $4,741.09 |
| 9 | KEVIN K KERCHER ESQ<br>»» 009 | Attorney Fees | $4,637.64 | $4,637.64 | $0.00 |

**Chapter 13 Case No. 17-12903-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,600.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $8,775.80 | Arrearages: | $0.00 |
| Paid to Trustee: | $824.20 | Total Plan Base: | $9,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.