Certificate Number: 15317-PAE-DE-035493606

Bankruptcy Case Number: 17-12903



15317-PAE-DE-035493606

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 23, 2021</u>, at <u>6:55</u> o'clock <u>PM PDT</u>, <u>Gretchen Tillitt</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 23, 2021                By:   /s/Christel Raz

                                      Name: Christel Raz

                                      Title: Counselor