United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gretchen M. Tillitt  
    Debtor

Case No. 17-12903-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jul 13, 2021     Form ID: 195     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gretchen M. Tillitt, 1844 W. North St., Bethlehem, PA 18018-3311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH ANGEO DESSOYE | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| KEVIN K. KERCHER | on behalf of Debtor Gretchen M. Tillitt kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| NATHALIE PAUL | on behalf of Creditor KeyBank  N.A. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 195 | Total Noticed: 1 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Gretchen M. Tillitt  : Case No. 17−12903−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 13, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

72
Form 195